1  CATHERINE L. MANSKE (SBN: 183815)
   GORDON & REES LLP
2  655 University Avenue, Suite 200
   Sacramento, California 95825
3  Telephone: (916) 565-2900
   Facsimile: (916) 920-4402
4

5  Attorneys for: Defendant
   TONY M. SANCHEZ AND COMPANY, INC.,
6  dba MCDONALD'S #7543

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILSON, | CASE NO. 2:07-CV-00822-RRB-GGH |
| Plaintiff, | **ORDER RE MOTION FOR LEAVE TO FILE A FIRST AMENDED ANSWER** |
| vs. | **Accompanying Documents:** Motion; Memorandum of Points and Authorities; Declaration of Catherine L. Manske and Exhibits; Request for Judicial Notice |
| TONY M. SANCHEZ AND COMPANY, INC., dba MCDONALD'S #7543; MCDONALD'S CORPORATION, | |
| Defendants. | **Date: February 20, 2008** **Time: 10:00 a.m.** **Courtroom: 9** |

   IT IS HEREBY ORDERED that TONY M. SANCHEZ AND COMPANY, INC., dba MCDONALD'S #7543 may file an amended answer to RONALD WILSON'S Complaint.

   IT IS SO ORDERED.

DATED: 2/20/2008

                                        /s/ Ralph R. Beistline
                                        HON. RALPH R. BEISTLINE
                                        JUDGE OF THE UNITED STATES
                                        DISTRICT COURT

- 1 -

**[PROPOSED] ORDER RE MOTION FOR LEAVE TO FILE A FIRST AMENDED ANSWER**
**CASE NO. 2:07-CV-00822-RRB-GGH**

TMSCO/1046466/5218897v.1

PDF created with pdfFactory trial version www.pdffactory.com