Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILSON, | No. CIV.S-07-00822-JAM-GGH |
| Plaintiff, | |
| vs. | **Stipulation to Continue the Final Pretrial Conference and Trial** |
| TONY M. SANCHEZ AND COMPANY, INC., et al. | |
| Defendants. | |
| | Honorable Judge John A. Mendez |

PDF created with pdfFactory trial version www.pdffactory.com

On July 17, 2007, the parties were served with Judge Beistline's Scheduling Order for this instant action.   That Order set the Final Pretrial Conference for January 14, 2009 and the trial for February 23, 2009 in front of this Court.

Plaintiff has a pending Motion for Summary Judgment that was taken under submission on December 15, 2009.  This Court has yet to issue an Order as to that motion.

Plaintiff does not wish to waste the Court's time and judicial resources, nor his own, and as such, respectfully requests both the Final Pretrial Conference and the trial be continued at least sixty (60) days or to a date more convenient to the Court.

Defendants Tony M. Sanchez and Company, Inc. and McDonald's Corporation do not oppose such a continuance.

Dated: January 6, 2009          DISABLED ADVOCACY GROUP, APLC


                                 */s/ Lynn Hubbard, III*
                                 LYNN HUBBARD, III
                                 Attorney for Plaintiff

Dated: January 6, 2009          GORDON & REES


                                 */s/ Catherine Manske*
                                 CATHERINE MANSKE
                                 Attorney for Defendant Tony M. Sanchez and
                                 Company, Inc.

PDF created with pdfFactory trial version www.pdffactory.com

Dated: January 5, 2009          GIBSON DUNN & CRUTCHER, LLP


*/s/ Benjamin M. Glickman*
BENJAMIN M. GLICKMAN
Attorney for Defendant McDonald's
Corporation




## ORDER

HAVING READ THE FOREGOING, and good cause appearing, the Court grants the parties' stipulation.  The Final Pretrial Conference is hereby continued to February 20, 2009 at 3:00 P.M.  The parties joint pretrial statement shall be filed on or before February 13, 2009. Jury trial is continued to March 23, 2009 at 9:00 A.M.

DATED:  January 7, 2009

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U. S. DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com