IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILSON,<br><br>        Plaintiff,<br>   v.<br><br>TONY M. SANCHEZ AND COMPANY,<br>INC., dba MCDONALD'S #7543;<br>MCDONALD'S CORPORATION,<br><br>        Defendants. | No. Civ. 2:07-CV-0822 JAM GGH<br><br><u>ORDER DENYING PLAINTIFF'S<br>MOTION FOR *CRATEO* INDICATION</u> |

    This matter comes before the Court on Plaintiff Ronald Wilson's motion for *Crateo* Indication.  (Doc. # 51.)  Defendants Tony M. Sanchez and Company, Inc. dba McDonald's Corporation #7543 and McDonald's Corporation oppose the motion.  (Doc. # 52, 53.)  This Court declines Plaintiff's request for a *Crateo* Indication.  Ergo, IT IS HEREBY ORDERED that Plaintiff's motion is DENIED.

    IT IS SO ORDERED.

Dated: October 5, 2009

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

1